**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA**
Charleston Division

| | |
|---|---|
| PATRICK K. DONNELLY<br><br>*Plaintiff,*<br><br>v.<br><br>PROPHARMA GROUP TOPCO, LLC<br><br>*Defendant.* | Case No. 2:20-cv-04110-JD |

**[PROPOSED] ORDER GRANTING DEFENDANT'S
<u>MOTION TO SEAL</u>**

Before the Court is Defendant ProPharma Group Topco, LLC's Motion to Seal.

For the reasons set forth in the Motion and the Memorandum incorporated by reference (Dkt. No. 12-2), and for good cause shown, it is **HEREBY ORDERED** that Exhibit Nos. 1, 2, 4, and 5 attached to Defendant's Motion to Transfer Venue shall remain sealed in their entirety.

**SO ORDERED.**

Date: _____                                    _____
                                                                                    THE HONORABLE JOSEPH DAWSON
                                                                                    UNITED STATES DISTRICT JUDGE