

1313 North Market Street
P.O. Box 951
Wilmington, DE 19801-0951
302 984 6000
www.potteranderson.com

**John A. Sensing**
**Partner**
Attorney at Law
jsensing@potteranderson.com
302 984-6093 Direct Phone
302 658-1192 Firm Fax

September 10, 2021

**VIA ELECTRONIC FILING**

The Honorable Colm F. Connolly
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

    Re:    *Patrick K. Donnelly v. ProPharma Group TopCo, LLC*
              **C.A. No 21-cv-000894-CFC**

Dear Chief Judge Connolly:

    Enclosed please find the parties' proposed Scheduling Order in the above-referenced action, which is scheduled for a scheduling conference before Your Honor on September 14, 2021 at 3:00 p.m. The parties have agreed to all dates therein.

                                  Respectfully,

                                  */s/ John A. Sensing*

                                  John A. Sensing (No. 5232)

JAS/drt
7368647

Enclosure
cc:    Clerk of the Court (via hand delivery)
        Counsel of Record (via CM/ECF)