IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICK K. DONNELLY<br>8 Church Street<br>Charleston, South Carolina 29401,<br><br>*Plaintiff,*<br><br>v.<br><br>PROPHARMA GROUP TOPCO, LLC<br><br>*Defendant.* | C.A. No. 21-894-CFC |

## **STIPULATION AND ORDER TO EXTEND TIME**

WHEREAS, on September 17, 2021, the Court entered a Scheduling Order (D.I. 50) providing that, should counsel find it will be necessary to apply to the Court for a protective order specifying terms and conditions for the disclosure of confidential information, counsel should confer and attempt to reach an agreement on a proposed form of protective order and submit it to the Court within ten days from the date of the Scheduling Order;

WHEREAS, the parties are conferring in an attempt to agree upon a proposed form of protective order; and

WHEREAS, the parties require additional time to finalize an agreed upon proposed form of protective order;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to the approval of the Court, that the deadline to submit a proposed form of protective order is extended to October 4, 2021.

| | |
|---|---|
| /s/ John A. Sensing | /s/ Katharine L. Mowery |
| John A. Sensing (#5232) | Susan M. Hannigan (#5342) |
| Jesse L. Noa (#5973) | Katharine L. Mowery (#5629) |
| Potter Anderson & Corroon LLP | Ryan D. Konstanzer (#6558) |
| Hercules Plaza, Sixth Floor | Richards, Layton & Finger, P.A. |
| 1313 North Market Street | 920 North King Street |
| P.O. Box 1150 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 651-7700 |
| (302) 984-6000 | Hannigan@rlf.com |
| jsensing@potteranderson.com | Mowery@rlf.com |
| jnoa@potteranderson.com | Konstanzer@rlf.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| Nicholas D. SanFilippo | Jonathan E. Missner |
| Daniel C. Masakayan | Robert B. Gilmore |
| McGuireWoods LLP | Philip J. O'Beirne |
| 1750 Tysons Boulevard | Kevin L. Attridge |
| Suite 1800 | Samantha Christensen |
| Tysons, VA 22102-4215 | Stein Mitchell Beato & Missner LLP |
| (703) 712-5000 | 901 15th Street NW |
| nsanfilippo@mcguirewoods.com | Suite 700 |
| dmasakayan@mcguirewoods.com | Washington, D.C. 20005 |
| | (202) 737-7777 |
| *Attorneys for Plaintiff Patrick K. Donnelly* | jmissner@steinmitchell.com |
| | rgilmore@steinmitchell.com |
| | pobeirne@steinmitchell.com |
| | kattridge@steinmitchell.com |
| | schristensen@steinmitchell.com |
| | |
| | *Attorneys for Defendant ProPharma* |
| Dated: September 27, 2021 | *Topco, LLC* |

SO ORDERED this __28th__ day of __September__, 2021.

_____
The Honorable Colm F. Connolly
United States District Court Judge

2