#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICK K. DONNELLY, *Plaintiff,* v. PROPHARMA GROUP TOPCO, LLC, *Defendant*. | C.A. No. 21-cv-000894-MAK |

### JOINT MOTION TO AMEND THE MAY 26, 2022 ORDER

COME NOW Plaintiff Patrick K. Donnelly ("Mr. Donnelly") and Defendant ProPharma Group Topco, LLC ("ProPharma") jointly, and by counsel, move to amend the May 26, 2022 Order entered in this matter regarding scheduling. In support thereof, the Parties state as follows:

1. On May 26, 2022, the Court entered an Order (D.I. 77) vacating the Court's previously entered Scheduling Order (D.I. 50) and setting forth a new trial date and several deadlines for discovery and motions practice.

2. The May 26, 2022 Order sets the trial in this matter for four days beginning on **November 7, 2022** and also outlines the following deadlines:

| | |
|---|---|
| Expert Disclosure Deadline: | **July 29, 2022** |
| Rebuttal Evidence Deadline: | **August 16, 2022** |
| Deadline to Complete all Discovery: | **August 22, 2022** |
| Summary Judgment and Daubert Motion Deadline: | **September 1, 2022** |
| Deadline for Response to Daubert Motions and Summary Judgment Motions: | **September 15, 2022** |

| | |
|---|---|
| Deadline for Parties Seeking Relief: | **September 22, 2022** |
| Response Deadline for Parties Seeking Relief: | **September 29, 2022** |
| Deadline for Defendant to File Notice for Mediation Conference with U.S. Magistrate Judge: | **October 7, 2022** |
| Exhibit Lists Due: | **October 14, 2022** |
| Pretrial Memorandum Deadline: | **October 17, 2022** |
| Jury Instructions Due: | **October 18, 2022** |
| Trial Motion Deadline: | **October 19, 2022** |
| Trial Motion Response Deadline: | **October 26, 2022** |
| Final Pretrial Conference: | **November 3, 2022** |

3. Plaintiff has encountered unforeseen circumstances that have hindered his ability to proceed to trial on the current schedule. Within less than a month from the filing of this motion, Mr. Donnelly's sister died unexpectedly leaving him with the responsibility of caring for her son and dealing with her affairs. This tragedy has made conducting discovery, assisting experts, gathering information for depositions, and trial preparation exceedingly difficult.

4. Counsel for Mr. Donnelly finds themselves desperately prejudiced by this unforeseen delay as they will be engaged in a three-month trial that commences on July 25, 2022.

5. Defendant's counsel also has a challenging schedule given a trial set for July and an arbitration in August.

6. Based on the above, the Parties conferred, and Defendant proposed that the schedule be continued. Plaintiff agreed, which resulted in the instant motion. The parties request the extension of the trial date to on or about **February 20, 2023.**

7. The parties have also agreed upon and request the extension of the deadline for the completion of discovery until **November 21, 2022.**

8. In addition, the parties have agreed upon and request that **October 31, 2022** be set as a new expert disclosure deadline and **November 11, 2022** be set as a new rebuttal evidence deadline.

9. The parties agree and request that the Court set all other dates at times that are most desirable and available for the Court and relative to trial.

10. Based on the foregoing, the Parties respectfully request that this Court grant this Joint Motion to Amend the May 26, 2022 Order and grant the Parties any other relief the Court deems just and proper.

Dated: July 13, 2022

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By: */s/ John A. Sensing*

Nicholas D. SanFilippo
Daniel C. Masakayan
Keith J. Minson
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA  22102
(703) 712-5000 – Telephone
(703) 712-5050 – Facsimile
nsanfilippo@mcguirewoods.com
dmasakayan@mcguirewoods.com
kminson@mcguirewoods.com

John A. Sensing (#5232)
Jesse L. Noa (#5973)
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE  19801
(302) 984-6000 – Telephone
(302) 658-1192 – Facsimile
jsensing@potteranderson.com
jnoa@potteranderson.com

*Attorneys for Plaintiff Patrick K. Donnelly*

OF COUNSEL:

Jonathan E. Missner
Robert B. Gilmore
Philip J. O'Beirne
Kevin L. Attridge
Samantha P. Christensen
STEIN MITCHELL BEATO &
MISSNER, LLP
901 15th Street NW, Suite 700
Washington, DC 20005
(202) 737-7777 – Telephone
jmissner@steinmitchell.com
rgilmore@steinmitchell.com
pobeirne@steinmitchell.com
kattridge@steinmitchell.com
schristensen@steinmitchell.com

RICHARDS, LAYTON & FINGER, P.A.

By: */s/ Katharine L. Mowery*
    Susan M. Hannigan (#5342)
    Katharine L. Mowery (#5629)
    John M. O'Toole (#6448)
    920 North King Street
    Wilmington, DE 19801
    (302) 651-7700 – Telephone
    Hannigan@rlf.com
    Mowery@rlf.com
    OToole@rlf.com

*Attorneys for Defendant ProPharma Group Topco, LLC*