# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICK K. DONNELLY,<br><br>*Plaintiff,*<br><br>v.<br><br>PROPHARMA GROUP TOPCO, LLC,<br><br>*Defendant*. | C.A. 21-cv-000894-MAK |

## **[PROPOSED] ORDER**

Before the Court is the parties' Joint Motion to Amend the May 26, 2022 Order. For the reasons stated by the parties, the motion is hereby GRANTED, and the dates set by the May 26, 2022 Order, (D.I. 77), are hereby amended as follows:

1. Trial (4 days with a jury): **February _____, 2023**

2. Expert Disclosure Deadline: **October 31, 2022**

3. Rebuttal Evidence Deadline: **November 11, 2022**

4. Deadline to Complete all Discovery: **November 21, 2022**

5. Summary Judgment and Daubert Motion Deadline: _____

6. Deadline for Response to Daubert Motions and Summary Judgment Motions: _____

7. Deadline for Parties Seeking Relief: _____

8. Response Deadline for Parties Seeking Relief:

9. Deadline for Defendant to File Notice for Mediation Conference with U.S. Magistrate Judge: _____

2

10. Exhibit Lists Due: _____

11. Pretrial Memorandum Deadline: _____

12. Jury Instructions Due: _____

13. Trial Motion Deadline: _____

14. Trial Motion Response Deadline: _____

15. Final Pretrial Conference: _____

All terms, explanations, and definitions specified in the May 26, 2022 Order remain unchanged and in effect.

IT IS SO ORDERED this _____ day of July, 2022

_____
The Honorable Mark A. Kearney
United States District Court Judge