IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **PATRICK K DONNELLY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 21-894-MAK |
| | : | |
| **PROPHARMA GROUP TOPCO LLC** | : | |

# ORDER

**AND NOW**, this 8th day of September 2022, following yesterday's conference with all counsel addressing Defendant's Motion to extend case deadlines (D.I. 97), Plaintiff's Response (D.I. 98) confirming no objection to extending the November 7, 2022 trial date given his trial counsel's earlier-disclosed trial ending in late-October or early November 2022, Defendant's Reply (D.I. 101), the parties' Stipulation to continuing the trial date to April 3, 2023 (D.I. 105), finding the parties disagree as to the need or scope of additional discovery arising from an email recently disclosed when the parties began discussing discovery obligations almost a year ago (D.I. 56) for a case filed November 25, 2020 challenging business decisions possibly made almost two years ago but we cannot resolve discovery disputes on this largely hypothetical basis, and finding good cause to extend discovery on issues relating to the defense concerning Plaintiff's representations as to his role with the Defendant in communications with Summit Partners or Veranex warranting additional discovery for a limited period subject to further review, it is **ORDERED** Defendant's Motion (D.I. 97) is **GRANTED in part**:

1. We grant the parties leave to continue discovery beyond the present discovery deadline of September 14, 2022 <u>only</u> (unless otherwise agreed) to obtain and review requested or subpoenaed documents and take limited depositions responsive to Defendant's requests for information relating to Plaintiff's communications with Summit Partners or Veranex by no later than **October 28, 2022**;

2. Defendant shall produce a supplemental search term list no later than **3:00 PM** on

**September 9, 2022** and Plaintiff shall immediately review and confer so as to respond to Defendant's supplemental search terms by **10:00 AM** on **September 14, 2022**;

3. The parties shall fully cooperate to ensure the prompt production of records from subpoenaed witness Summit Partners;

4. Defendant shall serve this Order upon Summit Partners and Veranex no later than **September 12, 2022** in furtherance of its efforts to obtain responsive information as soon as practicable;

5. Defendant is granted leave to depose after September 14, 2022: the Plaintiff on new issues arising from these newly produced communications for no more than three additional hours (if not already obtained); and, two additional depositions not exceeding three hours each for witnesses relating to the issues arising from Plaintiff's alleged representations to Summit Partners and Veranex;

6. Nothing in this Order precludes additional discovery to be completed by **October 28, 2022** upon a showing of discovery abuse or good cause;

7. The parties shall forthwith meet and confer in a meaningful manner so as to allow Plaintiff to file a Memorandum not exceeding three pages on or before **September 16, 2022** showing cause as to why we should not require the parties to mediate through a Rule 53 Special Discovery Master unanimously chosen by the parties or, absent agreement, the appointment of either the Honorable Thomas I. Vanaskie (Ret.), the Honorable Sue L. Robinson (Ret.), or other highly qualified mediator, to mediate with the parties on or before **November 2, 2022**;

8. Summary judgment and *Daubert* motions, if any, shall be filed no later than **November 7, 2022**. Responses shall be filed in accord with the Local Rules and this Court's Policies and no later than **November 21, 2022**. Motions for summary judgment and responses

shall fully comply with this Court's Policies;

9. No later than **January 5, 2023**, counsel for each party shall exchange (by email to each other) a list identifying each exhibit the party expects to offer at trial along with a reference to the Bates number or other identification of the documents used in discovery;

10. No later than **January 6, 2023**, each party shall file a pretrial memorandum compliant with our Policies;

11. No later than **January 9, 2023**, each party shall file proposed jury instructions on substantive issues and proposed verdict forms or special interrogatories, with an electronic copy e-mailed in Word format to Chambers_of_Judge_Kearney@paed.uscourts.gov;

12. All motions affecting trial presentations (e.g., *in limine*), proposed *voir dire* peculiar to your case, objections to proposed jury instructions, list of contested exhibits and deposition designations (providing the exhibits and highlighted designations to Chambers) shall be filed on or before **January 10, 2023**. Responses, including highlighted counter-designations and objections, if any, shall be filed on or before **January 17, 2023**;

13. A final pretrial conference will be held telephonically on **March 30, 2023** at **8:45 A.M.**: (Dial-in Number: 888-278-0296; Access Code: 5723096#);

14. Counsel is attached for jury selection followed by a four-day trial beginning on **April 3, 2023** at **9:00 A.M.** in a Courtroom to be determined in the J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware 19801; and,

15. All other prospective obligations in our May 25, 2022 and July 15, 2022 Orders (D.I. 77, 87) remain in effect.

                                                    **KEARNEY, J.**