IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICK K. DONNELLY<br><br>*Plaintiff,*<br><br>v.<br><br>PROPHARMA GROUP TOPCO, LLC,<br><br>*Defendant*. | C.A. No. 21-894-MAK |

## DEFENDANT PROPHARMA GROUP TOPCO, LLC'S
## MOTION TO EXCLUDE THE EXPERT OPINIONS OF JOSEPH ESTABROOK

This lawsuit involves a challenge by Plaintiff Patrick K. Donnelly ("Plaintiff" or "Donnelly") that he was not validly removed from Defendant ProPharma Group Topco, LLC's ("Defendant" or "ProPharma") board of directors or properly compensated for the value of his Investment Equity Units ("IEUs") when they were repurchased by ProPharma upon Donnelly's separation. Donnelly retained valuation expert Joseph Estabrook to provide opinions concerning the value of Donnelly's IEUs based on Estabrook's own valuation of ProPharma. For his valuation, Estabrook relied solely on five pitchbooks ("Pitchbooks") that investment banks presented to ProPharma in November 2019 for the purpose of being selected as the broker for the company's planned sale in 2020. Without conducting any investigation into the Pitchbooks' data or conclusions, Estabrook cherrypicked from the Pitchbooks certain valuation ranges, which he used to conclude that the value of Donnelly's IEUs exceeds what ProPharma offered to Donnelly in September 2019. For the reasons set forth in the accompanying memorandum of law, Estabrook relied on unreliable data and methodology to arrive at his opinions concerning the value of

1

Donnelly' IEUs. Accordingly, he should be precluded from offering such expert opinions at trial under Federal Rules of Evidence 702 and 703.

Counsel for ProPharma has conferred with counsel for Mr. Donnelly, who has indicated he intends to oppose this Motion.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, ProPharma respectfully requests that this Court exclude the proffered expert testimony of Joseph Estabrook concerning the 2019 calculations of the value of Donnelly's IEUs derived from valuation projections contained in the Pitchbooks in their entirety.

Dated: November 14, 2022

| OF COUNSEL: | /s/ Susan Hannigan Cohen |
|---|---|
|  | Susan Hannigan Cohen (#5342) |
| Jonathan E. Missner | Katharine L. Mowery (#5629) |
| Robert B. Gilmore | John M. O'Toole (#6448) |
| Philip J. O'Beirne | Richards, Layton & Finger, P.A. |
| Kevin L. Attridge | 920 North King Street |
| Samantha Christensen | Wilmington, DE 19801 |
| Stein Mitchell Beato & Missner LLP | (302) 651-7700 |
| 901 15th Street NW, Suite 700 | Hannigan@rlf.com |
| Washington, D.C. 20005 | Mowery@rlf.com |
| (202) 737-7777 | OToole@rlf.com |
|  |  |
| Dated: November 14, 2022 | *Attorneys for Defendant ProPharma Group Topco, LLC* |