### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **PATRICK K DONNELLY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 21-894-MAK** |
| | : | |
| **PROPHARMA GROUP TOPCO LLC** | : | |

## ORDER

  **AND NOW**, this 3rd day of February 2023, upon considering Plaintiff's unopposed Motion (D.I. 176) to amend our December 6, 2022 Order (D.I. 173), finding no prejudice, and with good cause demonstrated in the Motion, it is **ORDERED** Plaintiff's unopposed Motion (D.I. 176) is **GRANTED** and we **amend** our December 6, 2022 Order (D.I. 173) only to amend:

  1. No later than **February 20, 2023**, counsel for each party shall exchange (by email to each other) a list identifying each exhibit the party expects to offer at trial along with a reference to the Bates number or other identification of the documents used in discovery;

  2. No later than **February 21, 2023**, each party shall file a pretrial memorandum compliant with our Policies;

  3. No later than **February 24, 2023**, each party shall file proposed jury instructions on substantive issues and proposed verdict forms or special interrogatories, with an electronic copy e-mailed in Word format to Chambers_of_Judge_Kearney@paed.uscourts.gov;

  4. All motions affecting trial presentations (e.g., *in limine*), proposed *voir dire* peculiar to your case, objections to proposed jury instructions, list of contested exhibits and deposition designations (providing the exhibits and highlighted designations to Chambers) shall be filed on or before **March 1, 2023**. Responses, including highlighted counter-designations and objections, if any, shall be filed on or before **March 8, 2023**; and,

2

5.      All other obligations in our September 8, 2022, September 30, 2022 and December 6, 2022 Orders (D.I. 107, 125, 173) remain in effect.

_____
**KEARNEY, J.**