**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

PATRICK K. DONNELLY,

*Plaintiff,*

v.

PROPHARMA GROUP TOPCO, LLC,

*Defendant.*

C.A. 21-cv-894-MAK

**JURY VERDICT FORM**

      When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout.  Your answer to each question must be unanimous.  Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

      We, the jury, unanimously find as follows:

**PLAINTIFF'S BREACH OF CONTRACT CLAIM - THE PROPHARMA OFFER
(COUNT I)**

1.  Has Plaintiff proven all the following by a preponderance of the evidence?

    a.  The ProPharma Offer for Mr. Donnelly to join the ProPharma Board of Managers was a binding contract entered into by the parties;

    b.  Defendant ProPharma failed to honor and abide by the terms of the ProPharma Offer by failing to pay Mr. Donnelly his full base compensation for the period from July 1, 2019 through the end of his board membership on September 30, 2020; and

    c.  ProPharma's failure to pay Mr. Donnelly the full amount of his base compensation under the ProPharma Offer caused and resulted in a loss to Mr. Donnelly constituting recoverable damages.

*Checking "yes" below indicates a finding for Plaintiff, Mr. Donnelly.*
*Checking "no" below indicates a finding for Defendant, ProPharma Group Topco, LLC.*

Yes_____   No_____

*Proceed to the next question.*

1

## <u>PLAINTIFF'S BREACH OF CONTRACT CLAIM - MANAGEMENT UNIT</u>
## <u>INCENTIVE AGREEMENT ("IEA")</u>
### (COUNT II)

2. Has Plaintiff proven all the following by a preponderance of the evidence?

    a. The IEA outlining the buyback terms for Mr. Donnelly's management incentive units was a binding contract entered into by the parties;

    b. Defendant, ProPharma failed to honor and abide by the terms of the IEA by failing to compensate Mr. Donnelly for the fully vested value of all of his management incentive units using the September 30, 2020 sales price of ProPharma; and

    c. ProPharma's failure to pay Mr. Donnelly the fully vested value of his management incentive units caused and resulted in a loss to Mr. Donnelly constituting recoverable damages.

*Checking "yes" below indicates a finding for Plaintiff, Mr. Donnelly.*
*Checking "no" below indicates a finding for Defendant, ProPharma Group Topco, LLC.*

Yes_____        No_____


    *If you answered "yes" to either Question 1 or Question 2, proceed to the directions preceding Question 3. If you answered "no" to both Question 1 and Question 2, please turn to the last page, sign this verdict sheet, and inform the court security officer that you have reached a verdict.*

## COUNT I - BREACH OF CONTRACT DAMAGES

*If you answered "yes" to Question 1, please answer Question 3.  Otherwise, skip to the directions preceding Question 4.*

3.  What amount of compensatory damages, if any, is Mr. Donnelly entitled to recover for his breach of contract claim in Count I pertaining to the ProPharma Offer?

    Answer in dollars and cents: $_____

## COUNT II – BREACH OF CONTRACT DAMAGES

*Only answer Question 4 if you answered "yes" to Question 2.*

4.  What amount of compensatory damages, if any, is Mr. Donnelly entitled to recover for his breach of contract claim in Count II pertaining to the IEA?

    Answer in dollars and cents: $_____

*Please sign this verdict sheet and inform the court security officer that you have reached a verdict.*

## **SIGNATURE AND DATE**

You have now reached the end of the verdict form and should review it to ensure that it accurately reflects your unanimous determinations.  The Jury Foreperson should then sign and date the verdict form in the spaces below and notify the Courtroom Deputy that you have reached a verdict.  The Jury Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Date:_____     Signed:_____
Jury Foreperson

Signed:_____
Juror No. ____

Signed:_____
Juror No. ____

Signed:_____
Juror No. ____

Signed:_____
Juror No. ____

Signed:_____
Juror No. ____

Signed:_____
Juror No. ____

Signed:_____
Juror No. ____

Signed:_____
Juror No. ____

Signed:_____
Juror No. ____

Signed:_____
Juror No. ____

Signed:_____
Juror No. ____