IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
DELAWARE

| | |
|---|---|
| PATRICK K. DONNELLY, | |
| *Plaintiff,* | |
| v. | C.A. 21-cv-00894-MAK |
| PROPHARMA GROUP TOPCO, LLC, | JURY TRIAL DEMANDED |
| *Defendant.* | |

**DEFENDANT PROPHARMA GROUP TOPCO, LLC'S
OBJECTIONS TO PLAINTIFF'S LIST OF TRIAL EXHIBITS**

Defendant ProPharma Group Topco, LLC ("Defendant" or "ProPharma"), by and through its undersigned counsel, respectfully submits its objections to Plaintiff Patrick K. Donnelly's List of Trial Exhibits (D.I. 182), attached hereto as **Exhibit A,** pursuant to this Court's Order dated February 3, 2023 (D.I. 177) ("Order"). Defendant reserves the right to supplement or amend these objections following the Court's ruling on the parties' motions *in limine*.

To the extent that identified exhibits are offered for the purpose of potential rebuttal or impeachment evidence, the applicability of some of the objections may depend on certain variables that include the evidence in response to which the exhibits were being offered, the purpose for which the exhibits are being offered, and/or the party by whom the exhibit is being offered. By not objecting to an exhibit, Defendant does not waive arguments (i) that the exhibit is admissible under all circumstances or regardless of the evidence adduced at trial, (ii) that the exhibit may be admitted or used without establishing authenticity or foundation, or (iii) that

1

the exhibit may be used for any purpose or without an appropriate limiting instruction.

Pursuant to the Court's Order, Defendant is delivering hard copies of the contested exhibits to the Chambers of the Honorable Mark A. Kearney. The disputed exhibits will be sent to your Honor's Philadelphia Chambers on Wednesday, March 2, 2021. Defendant will note that at least five (5) of Plaintiff's proposed exhibits appear to be listed twice on Plaintiff's Exhibit List (*e.g.* P009 and P011 are the same; P034 and P037 are the same; P035 and P038 are the same; and P036 and P039 are the same). Additionally, several of Plaintiff's exhibits are incomplete versions of other exhibits on Plainitff's list (*see e.g.,* P046 and P063; P006 and P021). Accordingly, Defendant is only submitting a full, or complete, copy of such exhibits to the Court. In addition, Defendant will note that at least twelve (12) of Plaintiff's exhibits are also designated on Defendant's Exhibit List, although some are listed by a different bates number. As a result, Defendant is not objecting to such exhibits at this time but reserves the right to object to their use by Plaintiff at trial as indicated above. Finally, Plaintiff's exhibit schedule lists certain pleadings, discovery responses, and expert reports, to which Defendants are objecting but are not providing a copy to the Court.

| | |
|---|---|
| Dated: March 1, 2023 | */s/* Katharine L. Mowery<br>Susan Hannigan Cohen (#5342)<br>Katharine L. Mowery (#5629)<br>John M. O'Toole (#6448)<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>Hannigan@rlf.com<br>Mowery@rlf.com<br>OToole@rlf.com<br><br>OF COUNSEL:<br><br>Jonathan E. Missner |

Robert B. Gilmore
Philip J. O'Beirne
Kevin L. Attridge
Samantha P. Christensen
Stein Mitchell Beato & Missner, LLP
901 15th Street NW, Suite 700
Washington, DC 20005
(202) 737-7777
jmissner@steinmitchell.com
rgilmore@steinmitchell.com
pobeirne@steinmitchell.com
kattridge@steinmitchell.com
schristensen@steinmitchell.com

*Attorneys for Defendant ProPharma Group Topco, LLC*