# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICK K. DONNELLY, | |
| *Plaintiff,* | |
| v. | C.A. 21-cv-00894-MAK |
| PROPHARMA GROUP TOPCO, LLC, | JURY TRIAL DEMANDED |
| *Defendant.* | |

**DEFENDANT PROPHARMA GROUP TOPCO LLC'S LIST OF CONTESTED EXHIBITS AND OBJECTIONS**

Defendant ProPharma Group Topco, LLC ("ProPharma"), by and through counsel, respectfully submits the following list of contested exhibits and objections pursuant to this Court's Order dated February 3, 2023 (D.I. 177):

| EXHIBITS PLAINTIFF EXPECTS TO OFFER AT TRIAL | | | | |
|---|---|---|---|---|
| Ex. No. | Date | Description | Bates No./Doc Identifier (where applicable) | Defendant's OBJ(s) |
| P003 | 12/22/16 | Draft PPG Management Incentive Unit Agreement | D.I. 61; Ex. B - FAC | FRE 401, 403; Hearsay lack of authenticity/foundation FRE 801, 802 |
| P005 | 01/20/17 - 04/18/19 | P. Donnelly's Bank Wire Transaction Details | DONNELLY00001304 | Hearsay (FRE 801, 802); FRE 408; FRE 106 (incomplete) |
| P006 | 01/04/18 | Draft Incentive Equity Purchase Agreement | DONNELLY0000098-118 | Hearsay (FRE 801, 802); FRE 401, 403; FRE 106 |

| | | | | (incomplete); |
|---|---|---|---|---|
| P007 | 07/14/18 | R. Thomas email to P. Donnelly re Xendo has Officially Closed | DONNELLY00000795-796 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P009 | 01/00/19 | ProPharma Group Exit Planning Session deck | DONNELLY0000931-943 | Hearsay (FRE 801, 802); FRE 106 (incomplete) |
| P010 | 01/13/19 - 01/14/19 | Emails between T. Davis, M. Farah, P. Donnelly, K. Shah re BBK Worldwide | LINDEN0000101-103 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P011 | 01/21/19 | J. Reilly email to P. Donnelly re PPG Path to Exit | LINDEN0000139-140 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P013 | 06/25/19 | L. Cohen emails to J. Reilly re PPB Math for Donnelly | LINDEN0000275-276 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P015 | 06/28/19 | J. Reilly email to L. Cohen re PPG Donnelly Math" | LINDEN0000283 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P016 | 06/28/19 | L. Cohen email to J. Reilly re PPG Donnelly Math with attached valuation scenarios | LINDEN0000284-285 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P017 | 06/30/19 | Valuation tool used by Linden to value P. Donnelly's shares (Excel spreadsheet) | LINDEN0000458 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P018 | 07/01/19 | L. Cohen email to J. Reilly re Donnelly Math | LINDEN0000286 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P019 | 08/20/19 | M. Farah email to J. Reilly, P. Shukla re "Pat D." | LINDEN0000125 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P020 | 09/03/19 | Linden Capital Partners III LP + Linden Capital Partners III-A LP letter to ProPharma Group Topco, LLC | DONNELLY00001303; Ex. D - FAC | Hearsay (FRE 801, 802); FRE 408; FRE 106 (incomplete) |

| | | removing P. Donnelly from Board and all Sub Boards effective 08/31/19 | | |
|---|---|---|---|---|
| P023 | 09/05/19 | M. Farah email to P. Shukla, B. Loverich, J. Reilly, P. Chawla re Pat's removal from both ERG + PPG Boards | LINDEN00000232 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P024 | 09/09/19 - 09/10/19 | M. Farah, P. Chawla, P. Shukla emails re valuation data | LINDEN00000240-241 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P025 | 09/09/19 - 09/10/19 | M. Farah, P. Chawla, P. Shukla, D. VanDegrift, J. Reilly emails re valuation data | LINDEN00000244-247 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P026 | 09/09/19 - 09/10/19 | M. Farah, P. Chawla, P. Shukla, D. VanDegrift, J. Reilly emails re valuation data and EBITDA figure | LINDEN00000235-236 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P027 | 09/10/19 | P. Chawla email to M. Farah re Incentive Equity Analysis: Pat Donnelly with attached MOIC valuation | LINDEN0000249-251 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P028 | 09/10/19 | P. Shukla email to M. Farah re Incentive Equity Analysis: Pat Donnelly | LINDEN0000258 | Hearsay (FRE 801, 802); FRE 401 403 |
| ,P030 | 09/18/19 | P. Donnelly email to M. Farah re Incentive Equity Back-up for PPG and ERG | LINDEN0000067 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P031 | 10/07/19 | R. Chestnut email to M. Connolly re P. Donnelly's distribution calculation | PROPHARMA0000801 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P032 | 10/07/19 | Emails between D. Sherman and R. Chestnut re Please connect with Mike Connolly re Pat distribution and equity with attached latest PPG cap table 06.30.19 | PROPHARMA0000170-172 | Hearsay (FRE 801, 802); FRE 401, 403 |

| | | | | |
|---|---|---|---|---|
| P033 | 10/07/19 | M. Farah email to R. Chestnut re Pat Donnelly | LINDEN0000270-271 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P034 | 10/11/19 | J. Reilly email to K. Carey re PPG overview presentation and Nondisclosure Agreement | LINDEN0000902-911 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P035 | 10/11/19 | J. Reilly email to B. Doyle re PPG overview presentation and Nondisclosure Agreement | LINDEN0000912-921 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P036 | 10/11/19 | J. Reilly email to R. Emanuel, M. Farah, Z. Kelly, M. Munter, and J. Magana re ProPharma | LINDEN0000922-932 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P037 | 10/11/19 | J. Reilly email to K. Carey (at PW Partners), M. Farah, B. Yasskin attaching PPG overview presentation and Nondisclosure Agreement | LINDEN0000902-911 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P038 | 10/11/19 | J. Reilly email to B. Doyle (at William Blair), M. Farah, B. Yasskin attaching PPG overview presentation and Nondisclosure Agreement | LINDEN0000912–921 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P039 | 10/11/19 | J. Reilly email to R. Emanual (at Centerview), M. Farah, B. Yasskin attaching PPG overview presentation and Nondisclosure Agreement | LINDEN0000922–932 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P040 | 10/11/19 | J. Reilly email to P. Hepper (at Harris Williams), M. Farah, B. Yasskin attaching PPG overview presentation and Nondisclosure Agreement | LINDEN0000933–943 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P041 | 10/11/19 | J. Reilly email to V. DiNicola (at Cantor), M. Farah, B. Yasskin attaching PPG overview presentation and Nondisclosure Agreement | LINDEN0000944–959 | Hearsay (FRE 801, 802); FRE 401, 403 |

| P042 | 10/17/19 | J. Reilly's calendar invite accepted for ProPharma Discussion – PWP | PROPHARMA0000905 | Hearsay (FRE 801, 802); FRE 401, 403 |
| --- | --- | --- | --- | --- |
| P043 | 10/17/19 | J. Reilly's calendar invite accepted for ProPharma Discussion – William Blair | PROPHARMA0000906 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P044 | 10/17/19 | J. Reilly's calendar invite accepted for ProPharma Discussion - Cantor | PROPHARMA0000910 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P045 | 10/17/19 | J. Reilly's calendar invite accepted for ProPharma Discussion - Centerview | PROPHARMA0000911 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P048 | 10/18/19 | B. Yasskin email to C. Thomas re PPG-Harris Williams call | LINDEN0000974-980 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P049 | 10/21/19 | B. Yasskin email to J. Zuckerbrod re: ProPharma-Centerview call | LINDEN0001007-1012 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P050 | 10/21/19 | B. Yasskin email to D. Sherman, M. Farah, J. Reilly attaching Centerview Question List | PROPHARMA0000891–892 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P051 | 10/22/19 | Emails between D. Sherman, B. Yasskin, J. Reilly, M. Farah attaching Management Call Questions for Perella Weinberg Partners | PROPHARMA0000893–896 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P052 | 11/00/19 | ProPharma Group Discussion Materials for Cantor | LINDEN0000477-530 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P054 | 11/05/19 | Centerview Pitch Deck | LINDEN0000531-573 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P055 | 11/05/19 | Perella Weinberg Partners Pitch Deck | LINDEN0000622-655 | Hearsay (FRE 801, 802); FRE 401, 403 |

| | | | | |
|---|---|---|---|---|
| P056 | 11/05/19 | Emails between M. Farah, R. Chestnut, D. Sherman, J. Reilly, L. Lute re absorbing Pat D. Incentive Equity wire amount | PROPHARMA0000212-213 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P058 | 11/06/19 | S. Robinson/McGuireWoods letter to M. Harmon/Kirkland & Ellis re Donnelly Demands | DONNELLY0000928-930 | Hearsay (FRE 801, 802); FRE 401, 403; FRE 106 (incomplete) |
| P059 | 11/07/19 | Harris Williams Pitch Deck | LINDEN0000574-621 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P060 | 11/07/19 | William Blair Pitch Deck | LINDEN0000656-715 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P061 | 11/06/19 11/07/19 | D. Sherman email to R. Chestnut re Dec. 5 Board Mtg. and investment banker identity (2:28 a.m.) – Chestnut to Sherman –separation negotiations | PROPHARMA0000136 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P062 | 05/05/20 - 05/14/20 | Emails between R. Chestnut, B. Yasskin, J. Reilly, S. Hoffman, A. Cribbin, M. Graber re repurchase agreement for P. Donnelly | PROPHARMA0000620-625 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P063 | 05/05/20 - 05/12/20 | Emails between R. Chestnut, B. Yasskin, J. Reilly dated May 5-12, 2020 re Repurchase Agreement for P. Donnelly and Unexecuted Repurchase Agreement dated October 2019 | PROPHARMA0000610-612; DONNELLY0000117-123 | Hearsay (FRE 801, 802); FRE 401, 403 as to PROPHARMA0000610–612; FRE 106 (incomplete) as to DONNELLY0000117–123 |
| P064 | 09/04/20 | S. Robinson/McGuireWoods letter to Kirkland & Ellis | DONNELLY00001292-1300 | Hearsay (FRE 801, 802); FRE 408 |
| P065 | 09/23/20 | P. O'Beirne email attaching arbitration demand | DONNELLY00001301-1302 | Hearsay (FRE 801, 802); FRE 408; FRE 106 (incomplete) |

| P066 | 09/23/20 | Arbitration Demand | DONNELLY00001305-1362 | Hearsay (FRE 801, 802); FRE 408; FRE 106 (incomplete) |
|---|---|---|---|---|
| P067 | 09/30/20 | ProPharma Group Management Proceeds Summary | PROPHARMA0000496-497 | Hearsay (FRE 801, 802); FRE 401, 403; FRE 106 (incomplete) |
| P068 | 09/30/20 | Notice to the Unitholders of ProPharma Group Topco, LLC re Sale of ProPharma | DONNELLY00000956-957 | Hearsay (FRE 801, 802); FRE 401, 403; FRE 106 (incomplete) |
| P069 | 10/27/21 | First Amended Complaint | D.I. 61 | Hearsay (FRE 801, 802) |
| P070 | 12/03/21 | Defendant's Answer and Affirmative Defenses to First Amended Complaint | D.I. 63 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P071 | 08/09/22 | ProPharma's First Supplemental Answers to Donnelly's First Set of Interrogatories | A000807-812 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P072 | 08/19/22 | Joseph S. Estabrook Expert Report | N/A | Hearsay (FRE 801, 802); FRE 401, 403 |
| P073 | 09/12/22 | Joseph S. Estabrook Rebuttal Expert Report | A000856-859 | Hearsay (FRE 801, 802); FRE 401, 403 |
| P074 | 09/14/22 | Defendant's Responses and Objections to Plaintiff's First Request for Admissions, Nos. 1 & 2 | A000861-867 | Hearsay (FRE 801, 802); FRE 401, 403 |