IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICK K. DONNELLY<br><br>*Plaintiff,*<br><br>v.<br><br>PROPHARMA GROUP TOPCO, LLC<br><br>*Defendant.* | C.A. No. 21-894-MAK |

**DEFENDANT PROPHARMA GROUP TOPCO, LLC'S MOTION *IN LIMINE* NO. 3
TO EXCLUDE EVIDENCE AND ARGUMENT
<u>REGARDING SETTLEMENT COMMUNICATIONS AND OTHER LITIGATION</u>**

  Plaintiff includes on his Exhibit List (D.I. 182-1) pre-litigation settlement communications (PX 64, 65), documents transmitted as part of those settlement discussions (PX 5, 20), and an arbitration demand that Linden filed (PX 66). None of these matters should be permitted into evidence, as the settlement communications clearly fall within Federal Rule of Evidence 408's ambit, and the other litigations are irrelevant and threaten a serious risk of jury confusion and unfair prejudice. For the reasons set forth in Defendant's memorandum in support, the Court should exclude all evidence and argument referring to these settlement communications and other litigations.

Dated: March 1, 2023

                  /s/ Katharine L. Mowery
                  Susan M. Hannigan (#5342)
                  Katharine L. Mowery (#5629)
                  John M. O'Toole ($6448)
                  Richards, Layton & Finger, P.A.
                  920 North King Street
                  Wilmington, DE 19801
                  (302) 651-7700

Hannigan@rlf.com
Mowery@rlf.com
OToole@rlf.com

OF COUNSEL:

Jonathan E. Missner
Robert B. Gilmore
Philip J. O'Beirne
Kevin L. Attridge
Samantha P. Christensen
Stein Mitchell Beato & Missner, LLP
901 15th Street NW, Suite 700
Washington, DC 20005
(202) 737-7777
jmissner@steinmitchell.com
rgilmore@steinmitchell.com
pobeirne@steinmitchell.com
kattridge@steinmitchell.com
schristensen@steinmitchell.com

*Attorneys for Defendant ProPharma Group Topco, LLC*