IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **PATRICK K DONNELLY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 21-894-MAK** |
| | : | |
| **PROPHARMA GROUP TOPCO LLC** | : | |

# ORDER

**AND NOW**, this 10th day of March 2023, upon considering Plaintiff's Motion *in limine* to exclude hearsay (D.I. 196) objecting to several of Defendant's exhibits, Defendant's Opposition (D.I. 213), Plaintiff's Objections to Defendant's amended Exhibit List (D.I. 197), Defendant's Objections to Plaintiff's Exhibit List (D.I. 198), Plaintiff's response to Defendant's Objections (D.I. 216), Defendant's Objections to Plaintiff's Deposition Designations (D.I. 208), and Plaintiff's Objections to Defendant's Deposition Designations (D.I. 217), finding more than one hundred and fifty evidentiary objections to exhibits and deposition designations, and mindful today's Orders on the parties' motions *in limine* and our February 23, 2023 Order (D.I. 185) may offer experienced trial counsel guidance as to the remaining evidentiary issues in this breach of contract dispute so as to not overburden the parties with rulings on immaterial arguments and finding we cannot effectively and timely address the present number of evidentiary objections given many should be resolved by experienced trial counsel after review of our Orders, it is **ORDERED**:

1. We **DENY** Plaintiff's Motion *in limine* (D.I. 196) without prejudice to considering his arguments consistent with the next paragraph of this Order;

2. The parties shall:

a. Promptly and meaningfully meet and confer about each of the remaining good faith objections to the trial exhibits to allow counsel to reach agreement as to one amended trial exhibit list (without duplicative exhibits) compliant with our Policies filed under a Notice by no later than **March 17, 2023**;

b. File amended Objections to the one amended trial exhibit list by no later than **March 22, 2023**; and

c. Should the parties posit more than forty good faith objections (in total) to the one amended trial exhibit list and deposition designations, each **show cause** in Memoranda not exceeding five pages by **March 25, 2023** as to why **we should not appoint** an agreed-upon Special Master or, absent their agreement, Chief Judge Thomas I. Vanaskie (Ret.), Chief Judge Sue L. Robinson (Ret.), or Chief Judge Gregory M. Sleet (Ret.) to resolve the burdensome pretrial evidentiary disputes as to the identified exhibits no later than **April 7, 2023** (unless otherwise extended by the Special Master based on his or her calendar mindful of our date certain trial) under Federal Rule of Civil Procedure 53(a)(1)(C) with each party timely paying fifty percent of the Special Master's hourly fee and reasonable costs as customarily billed.

*/s/ Kearney*
**KEARNEY, J.**