**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PATRICK K. DONNELLY, | |
| *Plaintiff,* | |
| v. | C.A. 21-cv-894-MAK |
| PROPHARMA GROUP TOPCO, LLC, | |
| *Defendant.* | |

## AMENDED CONSOLIDATED EXHIBIT LIST

Pursuant to the Court's March 10, 2023 Order (D.I. 222) and further conferrals among the parties, the parties jointly submit the following amended consolidated exhibit list.

| Ex. No. | Date | Description | Bates No./DI | Dup. Ex. |
|---|---|---|---|---|
| P001 | 09/30/16 | ProPharma's Amended and Restated LLC Agreement | D.I. 61; Ex. E – FAC | D-2 |
| P002 | 10/24/16 | ProPharma's Offer Letter to P. Donnelly | PROPHARMA0000077-80 | D-1 |
| P003 | 12/22/16 | Draft PPG Management Incentive Unit Agreement | D.I. 61; Ex. B - FAC | |
| D-16 | 12/2016 | December 2016 Board meeting invite | PROPHARMA0000045 | |
| D-17 | 12/2016 | December 2016 Board meeting travel itinerary | LINDEN0000739-752 | |
| D-18 | 12/2016 | December 2016 Board meeting reimbursement request | LINDEN0000728-731 | |
| D-19 | 12/2016 | December 2016 Board meeting minutes | PROPHARMA0000921-925 | |

| P004 | 01/18/17 | ProPharma's Management Incentive Unit Agreement | PROPHARMA0000474-493 | D-3 |
| P005 | 01/20/17 - 04/18/19 | P. Donnelly's Bank Wire Transaction Details | DONNELLY00001304 | |
| D-91 | 01/20/2017 | Emails regarding Q4 FY 2016 Board Fee | PROPHARMA0000825-828 | |
| D-20 | 03/2017 | March 2017 Board meeting invite | PROPHARMA0000043 | |
| D-21 | 03/2017 | March 2017 Board meeting travel itinerary | LINDEN0000724-727 | |
| D-22 | 03/2017 | March 2017 Board meeting reimbursement request | LINDEN0000732-733 | |
| D-23 | 03/2017 | March 2017 Board meeting minutes | PROPHARMA0000068-70 | |
| D-24 | 06/2017 | June 2017 Board meeting invite | PROPHARMA0000039 | |
| D-25 | 06/2017 | June 2017 Board meeting travel itinerary | LINDEN0000813-818 | |
| D-26 | 06/2017 | June 2017 Board meeting reimbursement request | LINDEN0000868-877 | |
| D-27 | 06/2017 | June 2017 Board meeting minutes | PROPHARMA0000062-64 | |
| D-28 | 09/2017 | September 2017 Board meeting invite | PROPHARMA0000183 | |
| D-29 | 09/2017 | September 2017 Board meeting travel itinerary | LINDEN0000819-829 | |
| D-30 | 09/2017 | September 2017 Board meeting reimbursement request 1 | LINDEN0000761-766 | |

| D-31 | 09/2017 | September 2017 Board meeting reimbursement request 2 | LINDEN0000767-772 | |
| D-32 | 09/2017 | September 2017 Board meeting reimbursement request 3 | LINDEN0000899-900 | |
| D-33 | 09/2017 | September 2017 Board meeting minutes | PROPHARMA0000058-60 | |
| D-34 | 12/2017 | December 2017 Board meeting invite | PROPHARMA0000037 | |
| D-35 | 12/2017 | December 2017 Board meeting travel itinerary | LINDEN0000753-760 | |
| D-36 | 12/2017 | December 2017 Board meeting reimbursement request 1 | LINDEN0000773-780 | |
| D-37 | 12/2017 | December 2017 Board meeting reimbursement request 2 | LINDEN0000781-783 | |
| D-38 | 12/2017 | December 2017 Board meeting minutes | PROPHARMA0000227-233 | |
| P006 | 01/04/18 | Draft Incentive Equity Purchase Agreement | DONNELLY0000098-118 | |
| D-8 | 03/09/18 | Emails regarding Weinberg acquisition | PROPHARMA0000123-PROPHARMA0000124 | |
| D-9 | 03/11/18 | Emails regarding Donnelly's board role | LINDEN0000961-LINDEN0000962 | |
| D-39 | 03/2018 | March 2018 Board meeting invite | PROPHARMA0000127 | |
| D-40 | 03/2018 | March 2018 Board meeting travel itinerary | LINDEN0000784-789 | |
| D-41 | 03/2018 | March 2018 Board meeting reimbursement request | LINDEN0000800-806 | |

| D-42 | 03/2018 | March 2018 Board meeting minutes | PROPHARMA0000178-180 | |
| D-43 | 06/2018 | June 2018 Board meeting invite | PROPHARMA0000055 | |
| D-44 | 06/2018 | June 2018 Board meeting travel itinerary | LINDEN0000838-843 | |
| D-45 | 06/2018 | June 2018 Board meeting reimbursement request | LINDEN0000790-793 | |
| D-46 | 06/2018 | June 2018 Board meeting minutes | PROPHARMA0000227-233 | |
| D-10 | 03/17/18 | Emails regarding ProPharma Board and Operating Partner role | LINDEN0000960 | |
| P007 | 07/14/18 | R. Thomas email to P. Donnelly re Xendo has Officially Closed | DONNELLY00000795-796 | |
| D-92 | 07/17/2018 | Emails regarding FY 2017 Board Fees (ACH confirmation) | PROPHARMA0000605-608 | |
| D-93 | 07/18/2018 | Emails regarding Q1 and Q2 2018 Board Fee Payment | PROPHARMA0000590-593 | |
| D-94 | 07/19/2018 | Email from PPG sending ACH confirmation for Q1 and Q2 2018 Board Fee Payment to Donnelly | PROPHARMA0000815-816 | |
| D-47 | 09/2018 | September 2018 Board meeting invite | PROPHARMA0000050 | |
| D-48 | 09/2018 | September 2018 Board meeting travel itinerary | LINDEN0000844-845 | |
| D-49 | 09/2018 | September 2018 Board meeting reimbursement request | LINDEN0000807-812 | |
| D-50 | 09/2018 | September 2018 Board meeting minutes | PROPHARMA0000174-177 | |
| D-11 | 10/2018 | October 13–14, 2018 Emails regarding MMM | LINDEN0000028–35 | P008 |
| D-51 | 12/2018 | December 2018 Board meeting invite | PROPHARMA0000240 | |
| D-52 | 12/2018 | December 2018 Board meeting reimbursement request | LINDEN0000830-837 | |
| D-53 | 12/2018 | December 2018 Board meeting minutes | PROPHARMA0000224-226 | |
| D-71 | 01/22/2019 | Email from M. Farah to T. Davis concerning Donnelly's removal | LINDEN0000274 | |
| P009 | 01/19 | ProPharma Group Exit Planning Session deck | DONNELLY0000931-943 | |
| D-12 | 01/12-15/2019 | January 12-15, 2019 Emails regarding BBK Worldwide | LINDEN0000123-124 | |
| P010 | 01/13/19 - 01/14/19 | Emails between T. Davis, M. Farah, P. Donnelly, K. Shah re BBK Worldwide | LINDEN0000101-103 | |
| P011 | 01/21/19 | J. Reilly email to P. Donnelly re PPG Path to Exit | LINDEN0000139-140 | |
| D-95 | 01/23-24/2019 | Emails regarding Q3 and Q4 2018 Board Fee Payment | PROPHARMA0000597-600 | |

| D-13 | 01/24-25/2019 | January 24-25, 2019 Emails regarding Weinberg closing | LINDEN0000108 | |
| D-14 | 03/01/2019 | March 1, 2019 Emails regarding Southwood | PROPHARMA0000164 | |
| D-54 | 03/2019 | March 2019 Board meeting invite | PROPHARMA0000235 | |
| D-55 | 03/2019 | March 2019 Board meeting travel itinerary | LINDEN0000794-799 | |
| D-56 | 03/2019 | March 2019 Board meeting reimbursement request | LINDEN0000846-849 | |
| D-57 | 03/2019 | March 2019 Board meeting minutes | PROPHARMA0000191-194 | |
| D-99 | 03/31/2019 | Quarterly Letter to LCP III Investors for period ending March 31, 2019 | LINDEN0000389-398 | |
| D-101 | 03/31/2019 | Quarterly Letter to LCP III Investors for period ending March 31, 2019 | LINDEN0000408-416 | |
| D-100 | 03/2019 | Supporting Data for Linden's March 2019 Valuation of ProPharma | LINDEN0000135 | |
| D-58 | 06/2019 | June 2019 Board meeting invite | LINDEN0000040 | |
| D-59 | 06/2019 | June 2019 Board meeting travel itinerary | LINDEN0000850-860 | |
| D-60 | 06/2019 | June 2019 Board meeting reimbursement request | LINDEN0000861-867 | |
| D-61 | 06/2019 | June 2019 Board meeting minutes | PROPHARMA0000191-194 | |
| D-72 | 06/09/2019 | Emails between D. Sherman and R. Chestnut discussing Donnelly's status as a Board Member | PROPHARMA0000163 | D-15 |
| P012 | 06/12/19 | Emails between D. Sherman and M. Farah re Pat coming off the Board | PROPHARMA0000147 | D-73 |
| P013 | 06/25/19 - 06/27/19 | L. Cohen emails to J. Reilly re PPG Math for Donnelly | LINDEN0000275-276; LINDEN0000278-279 | |
| P014 | 06/27/19 | J. Trojnacki email attaching consent of majority Linden investors | LINDEN00000109-112 | D-74 |
| P015 | 06/28/19 | J. Reilly email to L. Cohen re PPG Donnelly Math | LINDEN0000283 | |
| P016 | 06/28/19 | L. Cohen email to J. Reilly re PPG Donnelly Math with attached valuation scenarios | LINDEN0000284-285 | |
| P017 | 06/30/19 | Valuation tool used by Linden to value P. Donnelly's shares (Excel spreadsheet) | LINDEN0000458 | |
| D-75 | 07/01/2019 | Emails between P. Donnelly and Linden regarding 2019 Q2 ProPharma Board of Directors Meeting | LINDEN0000041 | |
| D-102 | 06/2019 | Supporting Data for Linden's June 2019 Valuation of ProPharma | LINDEN0000136 | |
| D-76 | 07/01/2019 | Email declining 2019 Q2 ProPharma Board of Directors meeting invite | LINDEN0000042 | |

| P018 | 07/01/19 | L. Cohen email to J. Reilly re Donnelly Math | LINDEN0000286 | |
| D-96 | 07/03/2019 | Automated Email from Wells Fargo confirming 2019 Q2 board fee | DONNELLY00000727 | |
| P019 | 08/20/19 | M. Farah email to J. Reilly, P. Shukla re "Pat D." | LINDEN0000125 | |
| P020 | 09/03/19 | Linden Capital Partners III LP + Linden Capital Partners III-A LP letter to ProPharma Group Topco, LLC removing P. Donnelly from Board and all Sub Boards effective 08/31/19 | DONNELLY00001303; Ex. D - FAC | |
| P021 | 09/04/19 | T. Davis email to P. Donnelly, M. Farah attaching Unexecuted Repurchase Agreement and Incentive Equity Agreement | DONNELLY00000096-102 | D-77 |
| P022 | 09/04/19 - 09/10/19 | Emails between P. Donnelly, M. Farah, T. Davis re PPG and ERG valuation data | LINDEN000056-58 | D-78 |
| P023 | 09/05/19 | M. Farah email to P. Shukla, B. Loverich, J. Reilly, P. Chawla re Pat's removal from both ERG + PPG Boards | LINDEN00000232 | |
| P024 | 09/09/19 - 09/10/19 | M. Farah, P. Chawla, P. Shukla emails re valuation data | LINDEN00000240-241 | |
| P025 | 09/09/19 - 09/10/19 | M. Farah, P. Chawla, P. Shukla, D. VanDegrift, J. Reilly emails re valuation data | LINDEN00000244-248 | |
| P026 | 09/09/19 - 09/10/19 | M. Farah, P. Chawla, P. Shukla, D. VanDegrift, J. Reilly emails re valuation data and EBITDA figure | LINDEN00000235-236 | |
| P027 | 09/10/19 | P. Chawla email to M. Farah re Incentive Equity Analysis: Pat Donnelly with attached MOIC valuation | LINDEN0000249-251 | |
| P028 | 09/10/19 | P. Shukla email to M. Farah re Incentive Equity Analysis: Pat Donnelly | LINDEN0000258 | |
| D-79 | 09/11/19 | M. Farah email to P. Donnelly attaching Incentive Equity Back-up for PPG + ERG as of 06/30/19 | LINDEN00000061-63; | P029 |
| P030 | 09/18/19 | P. Donnelly email to M. Farah re Incentive Equity Back-up for PPG and ERG | LINDEN0000067 | |
| D-104 | 09/2019 | Supporting Data for Linden's September 2019 Valuation of ProPharma | LINDEN0000137 | |
| D-103 | 09/2019 | Quarterly Letter to LCP III Investors for period ending September 30, 2019 | LINDEN0000417-425 | |

| D-62 | 10/2019 | Board meeting invite re-sent on 09/26/2019 | PROPHARMA0000007-08 | |
| D-63 | 10/2019 | October 2019 Board meeting minutes | PROPHARMA0000012-13 | |
| P031 | 10/07/19 | R. Chestnut email to M. Connolly re P. Donnelly's distribution calculation | PROPHARMA0000801 | |
| D-80 | 10/07/2019 | Emails between D. Sherman and R. Chestnut regarding Donnelly's shares | PROPHARMA0000151-153 | |
| P032 | 10/07/19 | Emails between D. Sherman and R. Chestnut re Please connect with Mike Connolly re Pat distribution and equity with attached latest PPG cap table 06.30.19 | PROPHARMA0000170-172 | |
| P033 | 10/07/19 | M. Farah email to R. Chestnut re Pat Donnelly | LINDEN0000270-271 | |
| P034 | 10/11/19 | J. Reilly email to K. Carey re PPG overview presentation and Nondisclosure Agreement | LINDEN0000902-911 | |
| P035 | 10/11/19 | J. Reilly email to B. Doyle re PPG overview presentation and Nondisclosure Agreement | LINDEN0000912-921 | |
| P036 | 10/11/19 | J. Reilly email to R. Emanuel, M. Farah, Z. Kelly, M. Munter, and J. Magana re ProPharma | LINDEN0000922-932 | |
| P037 | 10/11/19 | J. Reilly email to K. Carey (at PW Partners), M. Farah, B. Yasskin attaching PPG overview presentation and Nondisclosure Agreement | LINDEN0000902-911 | |
| P038 | 10/11/19 | J. Reilly email to B. Doyle (at William Blair), M. Farah, B. Yasskin attaching PPG overview presentation and Nondisclosure Agreement | LINDEN0000912–921 | |
| P039 | 10/11/19 | J. Reilly email to R. Emanual (at Centerview), M. Farah, B. Yasskin attaching PPG overview presentation and Nondisclosure Agreement | LINDEN0000922–932 | |
| P040 | 10/11/19 | J. Reilly email to P. Hepper (at Harris Williams), M. Farah, B. Yasskin attaching PPG overview presentation and Nondisclosure Agreement | LINDEN0000933–943 | |
| P041 | 10/11/19 | J. Reilly email to V. DiNicola (at Cantor), M. Farah, B. Yasskin attaching PPG overview presentation and Nondisclosure Agreement | LINDEN0000944–959 | |
| P042 | 10/17/19 | J. Reilly's calendar invite accepted for ProPharma Discussion – PWP | PROPHARMA0000905 | |

7

| P043 | 10/17/19 | J. Reilly's calendar invite accepted for ProPharma Discussion – William Blair | PROPHARMA0000906 | |
| P044 | 10/17/19 | J. Reilly's calendar invite accepted for ProPharma Discussion – Cantor | PROPHARMA0000910 | |
| P045 | 10/17/19 | J. Reilly's calendar invite accepted for ProPharma Discussion – Centerview | PROPHARMA0000911 | |
| P046 | 10/18/19 | M. Farah email to P. Donnelly attaching Repurchase Agreement and Incentive Equity Agreement for PPG and ERG for signature | DONNELLY0000116-123 | D-81 |
| P047 | 10/18/19 | P. Donnelly email to M. Farah re ProPharma + ERG Agreements | LINDEN0000272-273 | D-82 |
| P048 | 10/18/19 | B. Yasskin email to C. Thomas re PPG-Harris Williams call | LINDEN0000974-980 | |
| P049 | 10/21/19 | B. Yasskin email to J. Zuckerbrod re: ProPharma-Centerview call | LINDEN0001007-1012 | |
| P050 | 10/21/19 | B. Yasskin email to D. Sherman, M. Farah, J. Reilly attaching Centerview Question List | PROPHARMA0000891–892 | |
| P051 | 10/22/19 | Emails between D. Sherman, B. Yasskin, J. Reilly, M. Farah attaching Management Call Questions for Perella Weinberg Partners | PROPHARMA0000893–896 | |
| P052 | 11/00/19 | ProPharma Group Discussion Materials for Cantor | LINDEN0000477-530 | |
| P054 | 11/05/19 | Centerview Pitch Deck | LINDEN0000531-573 | |
| P055 | 11/05/19 | Perella Weinberg Partners Pitch Deck | LINDEN0000622-655 | |
| P056 | 11/05/19 | Emails between M. Farah, R. Chestnut, D. Sherman, J. Reilly, L. Lute re absorbing Pat D. Incentive Equity wire amount | PROPHARMA0000212-213 | |
| P057 | 11/05/19 | P. Donnelly email to M. Farah re Incentive Equity & disparaging comments | LINDEN0000171-172 | D-84 |
| D-83 | 11/05/19 | Email from M. Farah communicating November Repurchase Offer | LINDEN0000083-90 | P053 |
| D-85 | 11/06/19 | Email attaching letter from S. Robinson | LINDEN0000128-132 | P058 |
| P059 | 11/07/19 | Harris Williams Pitch Deck | LINDEN0000574-621 | |
| P060 | 11/07/19 | William Blair Pitch Deck | LINDEN0000656-715 | |
| P061 | 11/06/19 11/07/19 | D. Sherman email to R. Chestnut re Dec. 5 Board Mtg. and investment banker identity (2:28 a.m.) | PROPHARMA0000136 | |
| D-97 | 11/11/19 | Email from R. Chestnut sending Confirmation of Incentive Equity Wire | PROPHARMA0000257-258 | |
| D-64 | 12/2019 | December 2019 Board meeting invite | PROPHARMA000010 | |

| D-65 | 12/2019 | December 2019 Board meeting minutes | PROPHARMA0000888-890 | |
| D-106 | 12/2019 | December 2019 Valuation of ProPharma | LINDEN0000138 | |
| D-107 | 2019 | Linden's M&A and Public Company Comparables Used for PPG 2019 Valuations | LINDEN0000461-466 | |
| D-105 | 2019 | Linden Capital Partners III Year in Review distributed to its Investors | LINDEN0000426-445 | |
| D-66 | 03/2020 | March 2020 Board meeting invite | PROPHARMA0000020-21 | |
| D-67 | 03/2020 | March 2020 Board meeting minutes | PROPHARMA00000914-915 | |
| D-108 | 03/31/20 | Quarterly Letter to LCP III Investors for period ending March 31, 2020 | LINDEN0000399-407 | |
| P062 | 05/05/20 - 05/14/20 | Emails between R. Chestnut, B. Yasskin, J. Reilly, S. Hoffman, A. Cribbin, M. Graber re repurchase agreement for P. Donnelly | PROPHARMA0000620-625 | |
| P063 | 05/05/20 - 05/12/20 | Emails between R. Chestnut, B. Yasskin, J. Reilly dated May 5-12, 2020 re Repurchase Agreement for P. Donnelly and Unexecuted Repurchase Agreement dated October 2019 | PROPHARMA0000610-612; DONNELLY0000117-123 | |
| D-88 | 06/04-05/20 | Emails between P. Donnelly and Summit Partners | SUMMIT00000001-02 | |
| D-68 | 06/2020 | June 2020 Board meeting invite | PROPHARMA0000023 | |
| D-69 | 06/2020 | June 2020 Board meeting minutes | PROPHARMA0000916-918 | |
| D-87 | 06/29/2020 | Email from P. Donnelly to Veranex team regarding PPG Offer Letter | VA000013-21 | |
| D-109 | 06/30/2020 | Quarterly Letter to LCP III Investors for period ending June 30, 2020 | LINDEN0000446-455 | |
| D-89 | 07/06/2020 | Email from P. Donnelly to V. Anastasi | DONNELLY00001370-1371 | |
| D-90 | 07/16/2020 | Email from P. Donnelly to Summit Partners attaching his *curriculum vitae* | SUMMITT0000003-10 | |
| P065 | 09/23/20 | P. O'Beirne email attaching arbitration demand | DONNELLY00001301-1302 | |
| P066 | 09/23/20 | Arbitration Demand | DONNELLY00001305-1362 | |
| D-70 | 09/2020 | Board Meeting Invite | PROPHARMA0000028 | |
| P067 | 09/30/20 | ProPharma Group Management Proceeds Summary | PROPHARMA0000496-497 | |
| P068 | 09/30/20 | Notice to the Unitholders of ProPharma Group Topco, LLC re Sale of ProPharma | PROPHARMA0000956-957 | |
| P069 | 10/27/21 | First Amended Complaint | D.I. 61 | |

| P070 | 12/03/21 | Defendant's Answer and Affirmative Defenses to First Amended Complaint | D.I. 63 | |
| D-4 | 02/16/22 | Plaintiff's Responses and Objections to Defendant's First Set of Interrogatories, dated February | N/A | |
| P071 | 08/09/22 | ProPharma's First Supplemental Answers to Donnelly's First Set of Interrogatories | A000807-812 | |
| P072 | 08/19/22 | Joseph S. Estabrook Expert Report | N/A | |
| D-110 | 08/19/22 | Neil Beaton's Curriculum Vitae , Ex. 1 Expert Report | N/A | |
| D-111 | 08/19/22 | Neil Beaton's Testimony Summary, Ex. 2 to Expert Report | N/A | |
| D-112 | 08/19/22 | Neil Beaton's List of Presentations and Publications, Ex. 3 to Expert Report | N/A | |
| D-113 | 08/19/22 | Neil Beaton's List of Documents Reviewed and/or Consulted, Ex. 4 to Expert Report | N/A | |
| D-114 | 08/19/22 | Figure 1 from Neil Beaton's Expert Report – Chart Illustrating the FV Guide, pg. 16 | N/A | |
| D-115 | 08/19/22 | Figure 2 from Neil Beaton's Expert Report – Chart Illustrating Median one-week deal premiums over time, pg. 18 | N/A | |
| D-116 | 08/19/22 | Table 1 from Neil Beaton's Expert Report – Illustrating Linden's quarterly valuations of ProPharma, pg. 19 | N/A | |
| D-5 | 08/26/22 | Plaintiff's Supplemental Responses and Objections to Defendant's First Set of Interrogatories | N/A | |
| D-6 | 09/08/22 | Plaintiff's Responses and Objections to Defendant's Second Set of Interrogatories | N/A | |
| D-7 | 09/08/22 | Plaintiff's Responses and Objections to Defendant's Requests for Admissions | N/A | |
| D-117 | 09/12/22 | Table 1 from Neil Beaton's Rebuttal Report – Comparing ProPharma September 2020 Sale Price to Pitchbook Valuation Ranges, pg. 9 | N/A | |
| D-118 | 09/12/22 | Figure 1 from Neil Beaton's Rebuttal Report – Chart Comparing ProPharma's Total Assets to the Guideline Public Companies' Total Assets, pg. 10 | N/A | |

| D-119 | 09/12/22 | Figure 2 from Neil Beaton's Rebuttal Report – Chart Comparing ProPharma's Market Capitalization to the Guideline Public Companies' Market Capitalization, pg. 10 | N/A | |
|---|---|---|---|---|
| D-120 | 09/12/22 | Figure 3 from Neil Beaton's Rebuttal Report – Chart Comparing ProPharma's Revenue to the Guideline Public Companies' Revenue, pg. 11 | N/A | |
| D-121 | 09/12/22 | Figure 4 from Neil Beaton's Rebuttal Report – Chart Comparing ProPharma's Gross Profit to the Guideline Public Companies' Gross Profit, pg.11 | N/A | |
| D-122 | 09/12/22 | Figure 5 from Neil Beaton's Rebuttal Report – Chart Comparing ProPharma's EBITDA to the Guideline Public Companies' EBITDA, pg. 12 | N/A | |
| D-123 | 09/12/22 | Figure 6 from Neil Beaton's Rebuttal Report – Chart Comparing ProPharma to Guideline Transaction Comparables, pg. 12 | N/A | |
| P073 | 09/12/22 | Joseph S. Estabrook Rebuttal Expert Report | N/A | |
| P074 | 09/14/22 | Defendant's Responses and Objections to Plaintiff's First Request for Admissions, Nos. 1 & 2 | A000861-867 | |
| D-98 | N/A | Linden's Valuation Policy | LINDEN0000716-721 | |

POTTER ANDERSON & CORROON LLP

By: */s/ Jesse L. Noa*
 John A. Sensing (#5232)
 Jesse L. Noa (#5973)
 1313 North Market Street
 Hercules Plaza, 6th Floor
 Wilmington, DE 19801
 (302) 984-6000 – Telephone
 (302) 658-1192 – Facsimile
 jsensing@potteranderson.com
 jnoa@potteranderson.com

RICHARD, LAYTON & FINGER, P.A.

By: */s/ Susan Hannigan Cohen*
 Susan Hannigan Cohen (#5342)
 Katharine L. Mowery (#5629)
 920 North King Street
 Wilmington, DE 19801
 (302) 651-7700
 scohen@rlf.com
 Mowery@rlf.com

Dated: March 22, 2023