IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| PATRICK K. DONNELLY | : CIVIL ACTION |
|---|---|
| v. | : NO. 21-894-MAK |
| PROPHARMA GROUP TOPCO LLC | : |

# ORDER

**AND NOW**, this 11th day of April 2023, upon considering the parties' Objections to potential trial exhibits (D.I. 226, 227), following our April 10, 2023 final pre-trial conference, and consistent with the Federal Rules of Evidence, it is **ORDERED** the parties' Objections to identified trial exhibits (D.I. 226, 227) are **OVERRULED** and **SUSTAINED**:

| Exhibit | Objection(s) | Ruling |
|---|---|---|
| P0005 | Fed. R. Evid. 106, 401, 403, 801, 802. | **Sustained** subject to use for refreshing witness's recollection. *See* Fed. R. Evid. 612. |
| P006 | Fed. R. Evid. 401, 403; not produced during discovery. | Moot as Plaintiff withdrew Exhibit P006. |
| P052 | Fed. R. Evid. 401, 403, 801, 802. | **Sustained** subject to use for impeaching a witness on a specific question. |
| P054 | Fed. R. Evid. 401, 403, 801, 802. | **Sustained** subject to use for impeaching a witness on a specific question. |
| P055 | Fed. R. Evid. 401, 403, 801, 802. | **Sustained** subject to use for impeaching a witness on a specific question. |
| P059 | Fed. R. Evid. 401, 403, 801, 802. | **Sustained** subject to use for impeaching a witness on a specific question. |
| P060 | Fed. R. Evid. 401, 403, 801, 802. | **Sustained** subject to use for impeaching a witness on a specific question. |

| | | |
|---|---|---|
| P061 | Fed. R. Evid. 401, 403, 801, 802. | **Overruled** as an admission of a party opponent. *See* Fed. R. Evid. 801(d)(2). |
| P065 | Fed. R Evid. 408, 801, 802. | **Sustained in part to redact**: (1) the attachments listed in the heading of the September 23, 2020, 6:04 PM email; (2) the first paragraph of the September 23, 2020, 6:04 PM email starting from "Attached" to "Case No: 01-20-0015-0008"; and (3) the third paragraph of the September 23, 2020, 6:04 PM email starting from "This obviously" to "arbitration." <br><br> **Overruled in part** to admit remaining portions of the September 23, 2020, 6:04 PM email as an admission of a person authorized to make a statement by a party opponent. *See* Fed. R. Evid. 801(d)(2). |
| P066 | Fed. R Evid. 408, 801, 802. | **Sustained** subject to use for impeaching a witness on a specific question. |
| P069 | Fed. R Evid. 801, 802. | **Sustained** as hearsay. |
| P072 | Fed. R Evid. 401, 403, 801, 802. | **Sustained** as hearsay. |
| P073 | Fed. R. Evid. 401, 403, 801, 802. | **Sustained** as hearsay. |
| D-8 | Fed. R. Evid. 401, 402, 403, 801, 802. | **Sustained in part** to exclude the March 9, 2018, 3:29 PM email from Jeff Hargroves as hearsay. <br><br> **Overruled in part** to admit remaining emails including the March 9, 2018, 8:48 AM email from Mr. Donnelly as an admission of a party opponent and the March 9, 2018 9:08 AM email from Jeff Hargroves for its effect on Mr. Donnelly. *See* Fed. R. Evid. 801(d)(2). |
| D-9 | Fed. R. Evid. 401, 402, 403, 801, 802. | **Sustained** as irrelevant and hearsay. |

| D-10 | Fed. R. Evid. 401, 402, 403, 801, 802. | **Sustained** as irrelevant and hearsay. |
|---|---|---|
| D-71 | Fed. R. Evid. 401, 402, 403, 801, 802. | **Sustained** as irrelevant and hearsay. |
| D-13 | Fed. R. Evid. 106, 401, 402. | **Overruled** to admit the January 25, 2019, 1:19 AM email from Mr. Donnelly as an admission of a party opponent and the January 24, 2019, 6:04 PM email from Lisa Cohen for its effect on Mr. Donnelly. *See* Fed. R. Evid. 801(d)(2). |
| D-72 | Fed. R. Evid. 401, 402, 403, 801, 802. | **Sustained** as hearsay. |
| P012 | Fed. R. Evid. 801, 802. | **Sustained** as hearsay. |
| P014 | Fed. R. Evid. 801, 802. | **Sustained in part** to exclude the January 17, 2019 through January 27, 2019 email chain as there is no evidence of a regularly conducted business activity. *See* Fed. R. Evid. 803(6).<br><br>**Overruled in part** to admit the email attachment titled "ProPharma Group Topco, LLC Consent of the Majority of Linden Investors[.]" |
| D-88 | Fed. R. Evid. 401, 402, 403, 801, 802. | **Overruled in part** to admit the June 4, 2020, 11:21 AM email from Mr. Donnelly as an admission of a party opponent. *See* Fed. R. Evid. 801(d)(2).<br><br>**Sustained in part** to exclude the June 4, 2020 and June 5, 2020 emails from Darren Black as hearsay. |
| D-87 | Fed. R. Evid. 401, 402, 403. | **Overruled** consistent with our March 10, 2023 Order (D.I. 221) to be admitted for the purposes of waiver only. |
| D-89 | Fed. R. Evid. 401, 402, 403. | **Overruled** consistent with our March 10, 2023 Order (D.I. 221) to be admitted for the purposes of waiver only. |

_____
KEARNEY, J.

4