**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **PATRICK K. DONNELLY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 21-894-MAK** |
| | : | |
| **PROPHARMA GROUP TOPCO LLC** | : | |

# ORDER

**AND NOW**, this 26th day of April 2023, upon considering Defendant's oral Motion for a judgment as a matter of law following Plaintiff's case, Plaintiff's oral Response, finding Plaintiff adduced sufficient evidence to proceed to the jury on his breach of contract claims mindful we view his adduced evidence in the light most favorable to him as the nonmovant and give him the advantage of every fair and reasonable inference, and for reasons stated today on the record, it is **ORDERED** Defendant's oral Motion for judgment as a matter of law is **DENIED**.

_____
**KEARNEY, J.**