**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **PATRICK K. DONNELLY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 21-894-MAK** |
| | : | |
| **PROPHARMA GROUP TOPCO LLC** | : | |

## ORDER

**AND NOW**, this 27th day of April 2023, upon considering Plaintiff's oral Motion for judgment as a matter of law following the close of Defendant's case, Defendant's oral Opposition, and oral argument, and for reasons stated on the record today, it is **ORDERED** Plaintiff's oral Motion for judgment as a matter of law is **DENIED**.

_____
**KEARNEY, J.**