IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICK K. DONNELLY, *Plaintiff,* v. PROPHARMA GROUP TOPCO, LLC, *Defendant*. | C.A. No. 21-894-MAK |

### JOINT STIPULATION REGARDING POST-JUDGMENT BRIEFING

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, that the time for Defendant ProPharma Group Topco, LLC to file a post-judgment motion for attorney's fees and expenses shall be extended to May 25, 2023. The parties further agree that the time for Plaintiff Patrick K. Donnelly to file a renewed motion for judgment as a matter of law and/or new trial pursuant to Fed. R. Civ. P. 50(b) and 59 shall be extended to June 8, 2023.

Dated: May 8, 2023.

| | |
|---|---|
| /s/ *Susan Hannigan Cohen* | /s/ *Jesse L. Noa* |
| Susan Hannigan Cohen (#5342) | John A. Sensing (#5232) |
| Katharine L. Mowery (#5629) | Jesse L. Noa (#5973) |
| John M. O'Toole (#6448) | Potter Anderson & Corroon LLP Hercules |
| Richards, Layton & Finger, P.A. | Plaza, Sixth Floor |
| 920 North King Street | 1313 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1150 |
| (302) 651-7700 | Wilmington, DE 19801 |
| Hannigan@rlf.com | (302) 984-6000 |
| Mowery@rlf.com | jsensing@potteranderson.com |
| OToole@rlf.com | jnoa@potteranderson.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| Jonathan E. Missner | Nicholas D. SanFilippo |
| Robert B. Gilmore | Keith J. Minson |
| Philip J. O'Beirne | Michael Brody |
| Kevin L. Attridge | McGuireWoods LLP |
| Samantha Christensen | 1750 Tysons Boulevard |
| Stein Mitchell Beato & Missner LLP | Suite 1800 |
| 901 15th Street NW, Suite 700 | Tysons, VA 22102-4215 |
| Washington, D.C. 20005 | (703) 712-5000 |
| (202) 737-7777 | nsanfilippo@mcguirewoods.com |
| jmissner@steinmitchell.com | kminson@mcguirewoods.com |
| rgilmore@steinmitchell.com | mbrody@mcguirewoods.com |
| pobeirne@steinmitchell.com | |
| kattridge@steinmitchell.com | *Attorneys for Plaintiff Patrick K. Donnelly* |
| schristensen@steinmitchell.com | |

*Attorneys for Defendant ProPharma Topco, LLC*