IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PATRICK K. DONNELLY | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-894-MAK |
| | : | |
| PROPHARMA GROUP TOPCO LLC | : | |

## ORDER

**AND NOW**, this 9th day of May 2023, upon considering the parties' Stipulation (D.I. 254) responsive to our May 5, 2023 Order (D.I. 253) addressing Defendant's Motion to extend (D.I. 252), mindful we will first address the Plaintiff's post-trial motions before addressing potential reimbursement of reasonable attorney's fees and necessary expenses, and for good cause, it is **ORDERED**:

1. We **APPROVE** the Stipulation (D.I. 254) in part to allow a more meaningful review of the requested reasonable fees and costs in one rather than two steps;

2. We **GRANT** Defendant's Motion (D.I. 252) to allow Defendant leave to move for reimbursement of its reasonable attorney's fees and costs by moving for relief under one of two alternative tracks:

    a. **May 25, 2023** by presenting only the contractual, statutory, or other basis for Plaintiff's liability for attorneys' fees and costs (without evidence of the requested amount or evaluation of the reasonableness the identified bills and comparator affidavits) but not presenting reasonableness arguments or billing records until dates set in a later Order; or,

    b. **July 7, 2023** demonstrating both entitlement and evidence of the identified fees and costs when it could then provide an accurate accounting of its requested reimbursement through its time and costs in briefing Plaintiff's post-trial motion including supporting evidence like

detailed billing records and comparator fee affidavits for this District and the District of South Carolina; and,

3.    We **GRANT** Plaintiff leave to renew his motion for judgment as a matter of law and/or new trial on or before **June 8, 2023** with a response due no later than **June 22, 2023.**

_____
KEARNEY, J.