IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICK K. DONNELLY<br><br>*Plaintiff,*<br><br>v.<br><br>PROPHARMA GROUP TOPCO, LLC<br><br>*Defendant.* | C.A. No. 21-894-MAK |

**[PROPOSED] ORDER GRANTING DEFENDANT PROPHARMA GROUP TOPCO, LLC'S MOTION FOR ATTORNEYS' FEES AND COSTS AGAINST PLAINTIFF'S COUNSEL PURSUANT TO 28 U.S.C. § 1927**

The Court, having considered Defendant ProPharma Group Topco, LLC's Motion for Attorneys' Fees and Costs Against Plaintiff's Counsel Pursuant to 28 U.S.C. § 1927 (the "Motion"), and the Court having found good cause therefor,

IT IS HEREBY ORDERED this ___ day of ____, 2023, as follows:

1. The Motion is GRANTED.

2. Pursuant to 28 U.S.C. § 1927, fees and costs incurred by Defendant ProPharma Group Topco, LLC, shall be assessed against McGuireWoods.

<br>

                                                                                                       _____
                                                                                                       The Honorable Mark A. Kearney
                                                                                                        United States District Court Judge